MARROW MANUFACTURING CORPORATION, Appellant, *v.* JOSEPH EITINGER, Respondent.

Argued November 12, 1946; decided November 27, 1946.

*Sydney A. Hellenbrand* for appellant.

*Gerald G. Schwartz* and *Daniel D. Trause* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.